**Fill in this information to identify your case:**

Debtor 1: Theodore John Polczynski, Jr.
Debtor 2 (Spouse if, filing): Diane K. Polczynski
United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN
Case number (if known): _____

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| # | Creditor | Nature of claim | Status | Lien? | Unsecured claim |
|---|---|---|---|---|---|
| 1 | Adam Polczynski<br>6917 Highway 83<br>Hartland, WI 53029-2000 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | ■ No<br>☐ Yes | $20,000.00 |
| 2 | AT&T<br>P.O. Box 56416<br>Carol Stream, IL 60197-5014 | Telephone Bill | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | ■ No<br>☐ Yes | $24.00 |

Debtor 1  Theodore John Polczynski, Jr.
Debtor 2  Diane K. Polczynski                                   Case number *(if known)*

Contact phone _____          Unsecured claim          $ _____

**3** Jerry and Brenda Jochem
2185 Galway Rd
Hartford, WI 53027

What is the nature of the claim?     Lawsuit-countersuit-     $ $0.00
                                      Defendant-Cross-Plain
                                      tiff

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)     $ _____
        Value of security:                    - $ _____
        Unsecured claim                       $ _____

Contact _____
Contact phone _____

**4** Kyle Polczynski
6917 Highway 83
Hartland, WI 53029

What is the nature of the claim?                              $ $3,600.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)     $ _____
        Value of security:                    - $ _____
        Unsecured claim                       $ _____

Contact _____
Contact phone _____

**5** Law Offices of Laura D. Frye,
Ltd.
1800 Nations Dr
Suite 117
Gurnee, IL 60031

What is the nature of the claim?     Legal services     $ $200.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)     $ _____
        Value of security:                    - $ _____
        Unsecured claim                       $ _____

Contact _____
Contact phone _____

**6** Royce Linder
5350 S. Old Orchard Ct
New Berlin, WI 53146

What is the nature of the claim?     Lawsuit-Countersuit-     $ $0.00
                                      Defendant
                                      -Cross-Plaintiff

As of the date you file, the claim is: Check all that apply
☐ Contingent

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 22-21739-gmh    Doc 4    Filed 04/22/22    Page 2 of 3

Debtor 1    Theodore John Polczynski, Jr.
Debtor 2    Diane K. Polczynski      Case number *(if known)*

- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
  - Value of security:   - $
  - Unsecured claim   $

Contact

Contact phone

---

**7**   Starlink Exploration Technologies Corp.
1 Rocket Rd
Hawthorne, CA 90250

What is the nature of the claim?   **Starlink Subscribtion**   $ **$99.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
  - Value of security:   - $
  - Unsecured claim   $

Contact

Contact phone

---

**8**   WE Energies
P.O. Box 6042
Carol Stream, IL 60197

What is the nature of the claim?   **Electric Bill**   $ **$6,777.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
  - Value of security:   - $
  - Unsecured claim   $

Contact

Contact phone

---

**Part 2:**   Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _(signed)_      X _(signed)_
Theodore John Polczynski, Jr.      Diane K. Polczynski
Signature of Debtor 1      Signature of Debtor 2

Date   **April 21, 2022**      Date   **April 21, 2022**