## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

| | |
|---|---|
| **Theodore John Polczynski, Jr. and,** | **Case No. 22-21739-gmh** |
| **Diane K. Polczynski,** | **Chapter 11 Proceedings** |
| **Debtors.** | |

## NOTICE OF DEBTORS' MOTION FOR APPROVAL OF AN AGREEMENT TO PROVIDE INCREASED ADEQUATE PROTECTION TO SECURED CREDITOR JOHNSON BANK

**PLEASE TAKE NOTICE THAT** Theodore John Polczynski, Jr. and Diane K. Polczynski (the "Debtors") have filed papers with the court seeking approval of an agreement to make increased adequate protection payments to Johnson Bank, a secured creditor in the above captioned case. A copy of the motion, stipulation, and proposed order are attached.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then on or before **February 9, 2023**, you or your attorney must file with the court a written objection explaining your position at:

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue Room 133
Milwaukee, WI 53202

If you mail your objection to the court for filing, you must mail it early enough so the court will receive it before the date stated above. You must also provide a copy of your objection to Debtors' proposed attorneys at the address listed below.

If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the motion and may enter an order approving it without further notice or a hearing.

Dated: January 23, 2023.

/s/ Averi A. Niemuth
Averi A. Niemuth
Kerkman & Dunn

Attorneys for the Debtors

P.O. Address:

839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: aniemuth@kerkmandunn.com

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

| | |
|---|---|
| **Theodore John Polczynski, Jr. and,** | **Case No. 22-21739-gmh** |
| **Diane K. Polczynski,** | **Chapter 11 Proceedings** |
| **Debtors.** | |

## MOTION FOR APPROVAL OF AN AGREEMENT TO PROVIDE ADEQUATE PROTECTION TO SECURED CREDITOR JOHNSON BANK

Theodore John Polczynski, Jr. and Diane K. Polczynski as debtors-in-possession (the "Debtor") and Johnson Bank (the "Bank") (Debtors and the Bank collectively, the "Parties") move the Court pursuant to Fed. R. Bank. P. 4001(d) for approval of an agreement to provide adequate protection to the Bank. In support of its motion, the Debtors state as follows:

### Jurisdiction

1.      The Court has jurisdiction to hear this motion pursuant to 28 U.S.C. §§ 157(a) and 1334(a), and the order of reference filed in this district entered pursuant to 28 U.S.C. § 157(a).

2.      Venue of this proceeding is in the District and before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

This matter is a core proceeding under 28 U.S.C. § 157(b)(1). It concerns the administration of the Debtor's estate.

### Factual Basis for Relief

3.      On May 6, 2022, the Debtors filed a motion requesting authority to grant adequate protection to the Bank for continued use of real property located at 6917 Highway 83, Chenequa, WI (the "Property"). (Dkt. No. 20.)

4.     The Debtors proposed to make monthly adequate protection payments of $5,067.27 commencing on July 1, 2022. The proposed payments were for interest only at a rate of 3.5% using the value of $1.2 million for the Property and included amounts for taxes and insurance.

5.     Johnson Bank informed the Debtors that it would object to the proposed payments based on the amount not being enough for taxes or insurance.

6.     On May 20, 2022, the Parties entered a stipulation wherein they agreed to adequate protection payments of $5,558.60 commencing June 1, 2022. (Dkt. No. 31.)

7.     On June 16, 2022, the Court entered an order approving the adequate protection payments. (Dkt. No. 51.)

8.     On August 22, 2022, the Debtors filed their plan of reorganization, which was subsequently modified on October 13, 2022 (the "Plan"). (Dkt. Nos. 64, 80.)

9.     The Plan proposes monthly payments to the Bank in the amount of $9,470.79. (Dkt. No. 80, page 21, Addendum 1.)

## Stipulation

10.     The Parties have stipulated to increased adequate protection payments of $9,470.79 commencing March 1, 2023 (the "Agreement").

11.     Pursuant to Fed. Bankr. R. 4001(d)(1), the Agreement and a proposed order reflecting the Parties' stipulated terms accompany this motion.

12.     The parties agree that the adequate protection payments under the Agreement will be applied in accordance with the terms of any future confirmed plan of reorganization.

**Legal Basis for Relief**

13.     Pursuant to Rule 4001(d), a bankruptcy court may approve an agreement to provide adequate protection without the necessity of a hearing when sufficient notice and opportunity for a hearing have been given. Fed. R. Bankr. R. 4001(d)(3); *In re Housley*, Case No. 17-71908, 2018 WL 1005285, *5 (Bankr. C.D. Ill. 2018) (holding minimal notice and opportunity to be heard are required even when all parties are in agreement on a motion for adequate protection).

14.     Adequate protection payments to a secured creditor are made to compensate for the decrease in value of the creditors' collateral caused by the debtor's use of the collateral during the pendency of the automatic stay. *Federal Nat. Mortg. Ass'n v. Dacon Boilingbrook Assocs. Ltd. P'ship.*, 153 B.R. 204 (Bankr. N.D. Ill. 1993) (citing *United States Ass'n v. Timbers of Inwood Forest Assocs., Ltd*., 484 U.S. 365, 370 (1988)).

15.     The Debtors submit that the Agreement is fair and equitable, and adequately compensates Johnson Bank for the decrease in value in the collateral caused by the Debtors' continued use. The Agreement is also in the best interests of the estate, its creditors, and itself as it resolves any disputes with Johnson Bank over adequate protection payments without incurring needless expenses to the estate associated with a contested hearing while also permitting the Debtors to continue using the Property. The Agreement will not harm competing interests because the Debtors are not surrendering or otherwise transferring any assets of the estate, and no creditors' claim is being impacted.

16.     Pursuant to Fed. Bankr. R. 4001(d)(2), the Debtors are contemporaneously serving notice of this motion and the time for objections. If no objection is filed, the Debtors

3

respectfully ask this Court to enter an order approving the Agreement without conducting a

hearing.

## Conclusion

WHEREFORE, the Debtors request that the Court enter an order approving the

agreement to provide increased adequate protection to Johnson Bank and grant other relief as is

just.

Dated: January 23, 2023.

/s/ Averi A. Niemuth
Evan P. Schmit
Averi A. Niemuth
Kerkman & Dunn
Proposed Attorneys for the Debtors

P.O. Addresses:

839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: aniemuth@kerkmandunn.com

4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

In re:

    **Theodore John Polczynski, Jr. and,**        **Case No. 22-21739-gmh**
    **Diane K. Polczynski,**                    **Chapter 11 Proceedings**

             **Debtors.**

**ORDER GRANTING MOTION FOR APPROVAL OF AN AGREEMENT TO PROVIDE ADEQUATE PROTECTION TO SECURED CREDITOR JOHNSON BANK AND MODIFICATION OF AUTOMATIC STAY**

On January 23, 2023, the Debtors filed a motion for approval of an agreement to provide increased adequate protection to Johnson Bank for its interest in real property located at 6917 Highway 83, Chenequa, Wisconsin (the "Property") in the form of periodic cash payments. The Debtors' counsel filed proof of service of a notice of the motion and the time to object to it as required by Federal Rule of Bankruptcy Procedure 4001(a)(1) & (d)(2). There were no objections. Based on the record, **IT IS ORDERED** that the Debtors' motion is granted, and their agreement to provide Johnson Bank with adequate protection is approved, as follows:

Drafted by: Evan P. Schmit
Kerkman & Dunn
839 N. Jefferson, Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: eschmit@kerkmandunn.com

1.      The stay under 11 U.S.C. § 362(a) is modified to the extent necessary to give effect to the terms below.

2.      The Debtors must pay $9,470.79 ("Adequate Protection Payment") to Johnson Bank on or before the first of the month beginning on March 1, 2023.

3.      The Adequate Protection Payments will be applied in accordance with the terms of any future confirmed plan of reorganization.

4.      This order is without prejudice to any right of any party in interest to request a determination of, or to dispute, the amount of Johnson Bank's secured claim under 11 U.S.C. § 506(a).

5.      This order is without prejudice to any right of Johnson Bank to object to or oppose confirmation of any plan proposed in, or to seek dismissal of, this case.

6.      The Debtors' failure to make an Adequate Protection Payment on or before the due date through the confirmation of a plan is a default of this order.

7.      If Johnson Bank asserts that a default of this order has occurred, Johnson Bank must give written notice of the default to the Debtors and their counsel by electronic mail or facsimile. The Debtors may cure any such default but must do so by no later than five business days after both they and their counsel have received written notice of the default as herein required.

8.      If the Debtors fail to cure a default within the time allowed by the previous paragraph, or if the Debtors otherwise fail to fully comply with this order, then Johnson Bank is entitled to relief from the stay under § 362(a) to the extent necessary to allow it to exercise its rights and remedies with respect to the Property under the governing documents and applicable nonbankruptcy law, but only after it files proof of the Debtors' default and a proposed order granting it such relief and serves the same upon the Debtors and their counsel and the Court enters an orders so providing.

9.      This order is a Doomsday Order under the court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

10.     The terms of this order are effective as of the date on which this order is entered until the Court confirms a plan, dismisses the case, grants Johnson Bank relief from the § 362(a) as or to the extent describe din paragraph 7 above, or orders otherwise.

11.     This order is effective immediately and is not stayed for 14 days pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) or any other equivalent rule that may apply.

# # # # #

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

In re:

     **Theodore J. Polczynski, Jr. and**       **Case No. 22-21739-gmh**
     **Diane K. Polczynski,**            **Chapter 11 Proceedings**

            **Joint-Debtors.**

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that I am older than 18 years of age, an employee of Kerkman & Dunn, and on January 23, 2023, I sent via U.S. Mail, first class, postage prepaid, the following documents to all interested parties on the attached notice list:

- **NOTICE OF DEBTORS' MOTION FOR APPROVAL OF AN AGREEMENT TO PROVIDE INCREASED ADEQUATE PROTECTION TO SECURED CREDITOR JOHNSON BANK**

- **STIPULATION ON ADEQUATE PROTECTION TO SECURED CREDITOR JOHNSON BANK**

- **MOTION FOR APPROVAL OF AN AGREEMENT TO PROVIDE ADEQUATE PROTECTION TO SECURED CREDITOR JOHNSON BANK**

- **ORDER GRANTING MOTION FOR APPROVAL OF AN AGREEMENT TO PROVIDE ADEQUATE PROTECTION TO SECURED CREDITOR JOHNSON BANK AND MODIFICATION OF AUTOMATIC STAY**

I declare under penalty perjury pursuant to 28 U.S.C. § 1746 that the statements above are true and correct to the best of my knowledge, information and belief.

Dated: January 23, 2023.

                        */s/Sarah W. Dwyer*
                        Sarah W. Dwyer

P.O. Address:

Kerkman & Dunn
839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: lewert@kerkmandunn.com

Label Matrix for local noticing
0757-2
Case 22-21739-gmh
Eastern District of Wisconsin
Milwaukee
Thu Jan 19 13:53:24 CST 2023

Kerkman & Dunn
839 N. Jefferson St.
Suite 400
Milwaukee, WI 53202-3744

Atty Matthew Robert Jelenchick
Niebler Pyzyk Law Firm
N94W17900 Appleton Ave #300
Menomonee Falls, WI 53051-8022

Diane K. Polcrynski
6917 State Rd 83
Hartland, WI 53029-8553

John Blake
W395 S4305 County Rd. Z
Dousman, WI 53118-9437

Kyle Polcrynski
6917 Highway 83
Hartland, WI 53029-8553

Rob Widowski
5624 S. 43rd St.
Milwaukee, WI 53220-5215

State of Wisconsin
Melissa J. Zilavy
515 W. Moreland Blvd.
Waukesha, WI 53188-2428

Wisconsin Dept. of Revenue
Special Procedures Unit - PO Box 8901
Madison, WI 53708-8901

Evan Schmit
Kerkman & Dunn
839 North Jefferson Street, Suite 400
Milwaukee, WI 53202-3744

Johnson Bank
P.O. Box 81368
Racine, WI 53408-1368

AT&T
P.O. Box 56416
Carol Stream, IL 60197-5014

Atty Nancy Beth Johnson
Brennan Steil SC
1 E. Milwaukee St
Janesville, WI 53545-3029

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JOHNSON BANK
5901 DURAND AVE
RACINE WI 53406-5098

Law Offices of Laura D. Frye, Ltd.
1800 Nations Dr Suite 117
Gurnee, IL 60031-9171

Royce Linder
5350 S. Old Orchard Ct
New Berlin, WI 53146-5200

WE Energies
P.O. Box 6042
Carol Stream, IL 60197-6042

Averi Anne Niemuth
Kerkman & Dunn
839 North Jefferson St.
Suite 400
Milwaukee, WI 53202-3744

Nicholas Kerkman
Kerkman & Dunn
839 N. Jefferson St
Suite 400
Milwaukee, WI 53202-3744

Johnson Bank, c/o Brennan Steil S.C.
Brennan Steil S.C.
1 E. Milwaukee Street
Janesville, WI 53545-3029

Adam Polcrynski
6917 Highway 83
Hartland, WI 53029-8553

Brian & Kim Igielski
W71 N27054 Meadow Wood Ln.
Sussex, WI 53089

Jerry and Brenda Jochem
2185 Galway Rd
Hartford, WI 53027-9714

Johnson Bank
Attn: Brenda Kurklis
P.O. Box 81368
Racine  WI 53408-1368

Office of the U. S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202-4510

Starlink Exploration Technologies Corp.
1 Rocket Rd
Hawthorne, CA 90250-6844

Wisconsin Department of Revenue
Attn: Bankruptcy Notice Dept
819 N. 6th Street, #408
Milwaukee, WI 53203-1606

Diane Kathleen Polcrynski
6917 Highway 83
Hartland, WI 53029-8553

Theodore John Polcrynski Jr.
6917 Highway 83
Hartland, WI 53029-8553